**Order entered February 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00016-CV

**VICTORIA ANWUZIA, Appellant**

**V.**

**CHANTAL MARSHALL, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-01178-2021**

### ORDER

Before the Court is appellant's February 17, 2022 motion for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **March 21, 2022**. We **DIRECT** the Clerk of this Court to send a copy of this order to Thomas Mullins, Official Court Reporter for County Court at Law No. 1, and all parties.

/s/    KEN MOLBERG
        JUSTICE